# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   HELEN L JACKSON                                  §
                                                          §    Case No.: 08-07629
                                                          §
                                                          §
         Debtor(s)                                        §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/31/2008.

2) This case was confirmed on 06/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/28/2008, 03/02/2009, 09/01/2009, 08/04/2010, 01/05/2011.

5) The case was converted on 03/25/2011.

6) Number of months from filing to the last payment: 34

7) Number of months case was pending: 36

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    5,550.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 9,170.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 9,170.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,099.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 648.42 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,747.42 |
| Attorney fees paid and disclosed by debtor | $ 401.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AUTO PORTFOLIO SERVI | SECURED | 15,052.00 | 15,052.75 | 4,000.00 | 4,000.00 | 222.81 |
| AUTO PORTFOLIO SERVI | UNSECURED | 11,052.00 | .00 | 11,052.75 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,000.00 | 4,653.98 | 4,653.98 | 1,199.77 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 3,621.00 | 3,881.37 | 3,881.37 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 338.00 | 338.59 | 338.59 | .00 | .00 |
| ATLANTIC LOAN COMPAN | UNSECURED | 755.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,300.00 | 1,300.48 | 1,300.48 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 102.00 | NA | NA | .00 | .00 |
| CREDIT PROTECTION | OTHER | NA | NA | NA | .00 | .00 |
| CHECK INTO CASH | UNSECURED | 594.00 | 485.00 | 485.00 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 464.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 440.00 | 440.42 | 440.42 | .00 | .00 |
| GEORGE E MORRIS JR D | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 492.00 | 534.28 | 534.28 | .00 | .00 |
| INGALLS HOSPITAL | UNSECURED | 690.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 690.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| PARAGON PARKWAY | OTHER | NA | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| AIS SVC LLC | UNSECURED | 510.00 | 599.18 | 599.18 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PEOPLES GAS LIGHT & | UNSECURED | 708.00 | 907.50 | 907.50 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 464.00 | 464.91 | 464.91 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 34,256.00 | 46,562.88 | 46,562.88 | .00 | .00 |
| VAN RU CREDIT CORPOR | OTHER | NA | NA | NA | .00 | .00 |
| WALDEN UNIVERSITY | UNSECURED | 2,055.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 427.50 | 427.50 | .00 | .00 |
| FAA FIRST FEDERAL CR | UNSECURED | 1,827.06 | NA | NA | .00 | .00 |
| LOAN SHOP ONLINE | UNSECURED | 680.00 | NA | NA | .00 | .00 |
| LOAN SHOP ONLINE | UNSECURED | 340.00 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | OTHER | NA | NA | NA | .00 | .00 |
| LAURELS OF WILLOW HI | OTHER | NA | NA | NA | .00 | .00 |
| AT&T WIRELESS | UNSECURED | NA | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 4,000.00 | 4,000.00 | 222.81 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,000.00 | 4,000.00 | 222.81 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 4,653.98 | 1,199.77 | .00 |
| **TOTAL PRIORITY:** | 4,653.98 | 1,199.77 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 66,994.86 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,747.42 |
| Disbursements to Creditors | $ | 5,422.58 |
| **TOTAL DISBURSEMENTS:** | $ | 9,170.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   04/12/2011           /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**